No. 503. SAWYER ET AL. *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. *Robert S. Bailey* for petitioners.

No. 507. BAY SOUND TRANSPORTATION CO. ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *John A. Bailey* for petitioners. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Elmer J. Kelsey* for the United States.

No. 510. FLORIDA CITRUS EXPOSITION, INC., AKA FLORIDA CITRUS SHOWCASE, INC. *v.* HUNGERFORD CONSTRUCTION CO. ET AL.; and
No. 588. HUNGERFORD CONSTRUCTION CO. ET AL. *v.* FLORIDA CITRUS EXPOSITION, INC., AKA FLORIDA CITRUS SHOWCASE, INC. C. A. 5th Cir. Certiorari denied. *J. A. McClain, Jr.,* for petitioner in No. 510 and for respondent in No. 588. *Anthony S. Battaglia* and *Raymond J. Malloy* for respondents in No. 510 and for petitioners in No. 588. Reported below: 410 F. 2d 1229.

No. 511. PRUDENTIAL INSURANCE CO. OF AMERICA *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Jerome Ackerman* and *William H. Allen* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 512. BOWIE ET AL. *v.* BOARD OF COUNTY COMMISSIONERS OF HOWARD COUNTY ET AL. Ct. App. Md. Certiorari denied. *Earl L. Carey, Jr.,* and *Harry Goldman, Jr.,* for petitioners. *John Martin Jones, Jr., Francis M. Shea,* and *William H. Dempsey, Jr.,* for respondents Howard Research & Development Corp. et al.